

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00103-CR

Melvin **MARTIN**,
Appellant

v.

The **STATE** of Texas,

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3537
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 1, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice